UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SIDNEY KOMISAR, <br><br> Plaintiff, <br><br> -v- <br><br> TRUIST BANK, <br><br> Defendant. | 26 Civ. 2510 (PAE) <br><br> ORDER |

PAUL A. ENGELMAYER, District Judge:

On May 13, 2026, defendant filed a motion to dismiss the complaint under Federal Rule of Civil Procedure 12.  Under Rule 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

Accordingly, it is hereby ORDERED that plaintiff shall file any amended complaint by June 3, 2026.  No further opportunities to amend will ordinarily be granted.  If plaintiff does amend, by June 24, 2026, defendant shall: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying plaintiff, stating that it relies on the previously filed motion to dismiss.[1]

It is further ORDERED that if no amended complaint is filed, plaintiff shall serve any opposition to the motion to dismiss by June 3, 2026.  Defendant's reply, if any, shall be served by June 10, 2026.  At the time any reply is served, the moving party shall supply the Court with two courtesy copies of all motion papers by mailing or delivering them to the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York 10007.

---

[1] If defendant files a new motion to dismiss or relies on its previous motion, plaintiff's opposition will be due 14 days thereafter, and defendant's reply, if any, will be due seven days after that.

SO ORDERED.

_Paul A. Engelmayer_
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: May 14, 2026
       New York, New York

2