**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| SIDNEY KOMISAR, | : | |
| | : | Case No. 26-cv-2510-PAE |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| TRUIST BANK, | : | |
| | : | |
| Defendant. | : | |

---

**ORDER**

---

**AND NOW**, on this __________ day of ________________ 2026, upon consideration of Defendant Truist Bank's Motion to Dismiss Plaintiff's Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6), and any response thereto, it is hereby **ORDERED** and **DECREED** that the Motion is Granted, and the Amended Complaint is hereby dismissed with prejudice.

**BY THE COURT:**

____________________________________
Paul A. Engelmayer
United States District Judge