**THE SHELL LAW FIRM, PLLC**
11 Broadway, Suite 615
New York, New York 10004
Telephone: (646) 616-3983
Facsimile: (212) 480-8560

Martin Shell, Esq.
Admitted in New York and New Jersey
mshell@shelllawfirm.com

September 16, 2026

VIA PACER
Magistrate Judge Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Sidney Komisar v. Truist Bank
Civil Action No. 1:2026-cv-02510

Dear Judge Figueredo:

We represent Plaintiff Sidney Komisar in the above-captioned matter. A settlement conference is currently scheduled before Your Honor on September 23, 2026. We respectfully request that the conference be canceled or, alternatively, adjourned.

By way of brief background, Plaintiff commenced this action to recover funds that were fraudulently induced to be wired and that Defendant Truist Bank allegedly failed to safeguard and return despite having the opportunity to do so. Defendant denies any liability and has filed a Motion to Dismiss, which has been fully briefed and remains pending before Judge Engelmayer.

Pursuant to Your Honor's prior Order, the parties exchanged settlement positions and conveyed those positions to the Court. Despite those exchanges, the parties remain extraordinarily far apart. Following subsequent discussions with Defendant's counsel, it does not appear that the gap is likely to narrow in the foreseeable future. Plaintiff's settlement demand remains nowhere near Defendant's settlement authority, and Defendant continues to maintain that the Complaint will be dismissed.

Under these circumstances, we respectfully submit that judicial resources may be better utilized if the conference does not proceed at this time.

Alternatively, we request an adjournment pending resolution of the Motion to Dismiss. The Court's determination of that motion may materially affect the parties' settlement positions and facilitate more productive discussions.

Separately, I have a scheduling conflict on September 23, 2026 arising from an emergent matter. Specifically, I have an Order to Show Cause that is returnable on that date, which I have thus far been unable to adjourn or otherwise resolve.

Finally, should the Court determine that the conference will proceed as scheduled, we respectfully request that Plaintiff be permitted to appear remotely by telephone. Plaintiff is in his eighties, and would benefit greatly from not having to appear in person.

Respectfully submitted,

/s/ Martin Shell

Martin Shell

MEMO ENDORSED

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: September 17, 2026**

The conference scheduled for September 23, 2026 is hereby **ADJOURNED**. The parties should notify chambers when both sides agree that settlement discussions will be fruitful.

The Clerk of Court is respectfully directed to close the motion at ECF No. 35.