UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIDNEY KOMISAR,<br>Plaintiff,<br>-v-<br>TRUIST BANK,<br>Defendant. | 26 Civ. 2510 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court held a previously scheduled case management conference in the above-captioned action today, October 5, 2026, at 3:00 p.m. Due to plaintiff's counsel's absence, no matters of substance were covered.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: October 5, 2026
New York, New York